IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PHILLIP CARGILE,

    Plaintiff,

vs.         CASE NO. 5:09cv193/RS-MD

JIM APPLEMAN, et al,

    Defendants.

_____/

## ORDER

Before me is the Magistrate Judge's Order and Report and Recommendation (Doc. 5). Plaintiff has not fled objections.

:**IT IS ORDERED**:

1. The Magistrate Judge's Order and Report and Recommendation (Doc 5) is approved and incorporated in this Order.

2. This case is dismissed without prejudice to its refiling in the event Plaintiff succeeds in overturning his conviction.

3. The clerk is directed to close the file.

**ORDERED** on July 30, 2009.

        /S/ Richard Smoak
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**